STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant AZIZI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR- 14-00510 VC |
|---|---|---|
| Plaintiff, | ) | APPLICATION AND [PROPOSED] ORDER PERMITTING TRAVEL |
| vs. | ) | |
| KAMRAN AZIZI, | ) | |
| Defendant. | ) | |

On October 16, 2014, with the agreement of the parties, this Court ordered that Kamran Azizi be released from custody to reside at his home on a $50,000 bond. Mr. Azizi has been home since then and has been in full compliance with the conditions of his pretrial release.

Mr. Azizi would like to go on a family trip to visit his brother in Oregon between December 20, 2014 and January 3, 2015. He requests permission to leave the District for that purpose. Mr. Azizi will drive with his children to the home of his brother in West Linn, Oregon. Mr. Azizi will provide detailed information regarding his transportation, lodging and whereabouts during the trip to his Pretrial Services Officer.

The undersigned has communicated with both Mr. Azizi's United States Pretrial

1  Services Officer and the government about this request.  Neither has any objection.

Dated: November 6, 2014

                                      Respectfully submitted,

                                      STEVEN G. KALAR
                                      Federal Public Defender

                                      /S/ Ned Smock

                                      NED SMOCK
                                      Assistant Federal Public Defender

## [~~PROPOSED~~] ORDER

Good cause appearing therefore, it is the ORDER of this Court that the release conditions of defendant Kamran Azizi shall be modified to permit him to leave the District for a trip to Oregon between December 20, 2014 and January 3, 2015.

Dated: November _7_, 2014                      /s/ Kandis Westmore
                                        HON. KANDIS R. WESTMORE
                                        United States Magistrate Judge