UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KAMRAN AZIZI,<br><br>    Defendant. | No. CR-14-510 VC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 9, 2015 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The parties jointly requested that the hearing in this matter be continued from January 5, 2015 to March 9, 2015, and that time be excluded under the Speedy Trial Act between January 5, 2015 and March 9, 2015 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The government has produced a large amount of discovery and defense counsel has been organizing and reviewing that discovery. The defense needs additional time to review discovery, perform legal research and investigation, and discuss the case with the defendant. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.,

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from January 5, 2015 to March 9, 2015 at 2:00 p.m., and that time between January 5, 2015 and March 9, 2015 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED: December 23, 2014

_____
HON. VINCE CHHABRIA
United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 9, 2015 AND TO EXCLUDE TIME
No. CR-14-510 VC