UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-14-510 VC |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 30, 2015 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| KAMRAN AZIZI, | |
| Defendant. | |

The parties jointly requested that the hearing in this matter be continued from May 5, 2015 to June 30, 2015, and that time be excluded under the Speedy Trial Act between May 5, 2015 and June 30, 2015 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  The government has produced a large amount of discovery and defense counsel has been organizing and reviewing that discovery.  The defense needs additional time to review discovery, perform legal research and investigation, and discuss the case with the defendant.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.,

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from May 5, 2015 to June 30, 2015 at 1:00 p.m., and that time between May 5, 2015 and June 30, 2015 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED: May 1, 2015

_____
HON. VINCE CHHABRIA
United States District Judge