STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant
KAMRAN AZIZI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CR 14-510 VC (KAW) |
|---|---|
| PLAINTIFF, | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE |
| V. | |
| KAMRAN AZIZI, | HONORABLE KANDIS WESTMORE |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Kamran Azizi may be modified to allow him to travel to Oregon, by car, from March 18, 2016 through March 27, 2016, to visit family.  Mr. Azizi will be staying with his brother at 2820 Carriage Way, West Linn, Oregon, 97068.  Pretrial Services Officer Victoria Gibson is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

CR 14-510 VC
Stipulation & [Proposed] Order
Modifying Conditions of Pretrial Release                                1

Dated: February 18, 2016                     /s/
                                             ELLEN V. LEONIDA
                                             Assistant Public Defender
                                             Attorney for Kamran Azizi

Dated: February 18, 2016                     /s/
                                             MICHAEL G. PITMAN
                                             Assistant United States Attorney

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Kamran Azizi be modified to allow him to travel to Oregon from March 18, 2016 through March 27, 2016 to visit family. All other conditions of release shall remain the same.

IT IS SO ORDERED.

2/17/16                                      _Kandis Westmore_
Date                                         KANDIS A. WESTMORE
                                             United States Magistrate Judge